18725. GEORGIA RAILWAY & POWER CO. *v.* GILBERT.

BELL, J. This was a suit by the husband to recover for loss of services, and for medical treatment, of his wife, who was the plaintiff in the companion case of *Georgia Ry. & Power Co.,* v. *Gilbert,* ante, 56. The two cases were tried together and the rulings which have been made by this court in that case will apply also in the present case.

*Judgment reversed. Jenkins, P. J., and Stephens, J., Concur.*